| | |
|---|---|
| CECILIA D. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-CV-240 |
| ) | (PHILLIPS/SHIRLEY) |
| JOHN SNOW, ) | |
| Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM & ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 52] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of several pretrial motions. The undersigned conducted a hearing on these motions on September 26, 2005.

The plaintiff moves to be allowed to file her expert disclosures beyond the deadline for such disclosures. For grounds, plaintiff's counsel states that an error was made in calendaring the deadline. For good cause shown, Plaintiff's Motion to File Expert Disclosure [Doc. 41] is **GRANTED**.

The plaintiff further moves to continue the trial of this matter, which is currently scheduled for December 7, 2005. For good cause shown, Plaintiff's Motion for Continuance [Doc. 56] is **GRANTED**. The trial of this matter is **CONTINUED** to **May 10, 2006**. All deadlines set forth in the Scheduling Order [Doc. 15], which are dependent on the trial date, shall also be

continued with the exception of the dispositive motion deadline, which will be deemed to have run. As per the parties' previous agreement [Doc. 26], the deadline for expert disclosures set forth in the Scheduling Order shall be amended to **140 days before trial**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge